UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| INDIRA MANEIRO<br><br>Plaintiff<br><br>V<br><br>ALEJANDRO MAYORKAS, SECRETARY, US HOMELAND SECURITY, ET AL<br><br>Defendants | CIVIL NO. 23-CV-01623 (ADC)<br><br>CIVIL ACTION |

NOTICE OF REQUEST OF WAIVER
OF SERVICE OF SUMMONS

TO THE HONORABLE COURT:

    Comes Now, Plaintiff, by and through the undersigned attorneys and respectfully, inform, pray and requests as follows:

1. Pursuant to Rule 4 (d), of the Federal Rules of Civil Procedure, the plaintiff has given notice of lawsuit to the party defendants, as well as requested from them waiver of service of summons.

2. Said notice and request was done on March 15, 2024, and notified via Certified Mail the day after, March 16, 2024.

3. As per the rule, the parties notified , have been advised of the time they have to respond. (Exhibit 1)

4. It is also herein informed that the US Agencies accumulated as defendants, to wit, Department of Homeland security, its Secretary Mr. Alejandro N. Mayorkas, the Federal Emergency Management Agency, have been notified/served, by certified mail, pursuant to Rule 4(i)(2). (Exhibit 2).

    WHEREFORE, IT IS RESPETFULLY Requested from the Honorable Court, to take notice of the process of notification, service conducted in the present case.

    In San Juan, Puerto Rico, this 19th day of March, 2024.

    Respectfully Submitted.

JOSE A. RIVERA CORDERO
JOSE A. RIVERA VAQUER
Email:  jarivera@rimerico.com
Email: josean@rimerico.com
PO BOX 192376 SAN JUAN
PUERTO RICO 00919-2376
TEL: 787-759-3634
       787-509-2891

s/*JOSE A. RIVERA CORDERO*
    USDC-PR 121512

s/*JOSE ANTONIO RIVERA-VAQUER*
    USDC-PR 309106