# Rivera Mercado & Rivera Cordero
## LAW OFFICES

José A. Rivera Cordero
José A. Rivera Vaquer
José A. Rivera Mercado (1964-1994)

jarivera@rimerico.com
josean@rimerico.com

## NOTICE OF LAWSUIT AND REQUEST FOR
## WAIVER OF SERVICE OF SUMMONS

TO: PATRICK EDWARD JUDE BRIGGS
407 E Windsor Ave
Alexandria, VA 22301

VIA: First Class Mail, Postage Prepaid

A lawsuit has been commenced against you. A copy of the amended complaint is attached to this notice. It has been filed in the United States District Court for the District of Puerto Rico, and has been assigned docket number 23-cv-01623.

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within thirty (30) days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice was sent.

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the

PO BOX 192376, SAN JUAN, PR 00919-2376
TEL. 787-759-3634 * CEL. 787-509-2891

Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of summons, which is set forth at the bottom of the waiver form.

I affirm that this is being sent to you, on behalf of the plaintiff this 15th day of March 2024.

JOSE A. RIVERA CORDERO

## Waiver of Service of Summons

To: Mr. Jose A Rivera-Cordero, Esq.

I acknowledge receipt of your request that I waive service of a summons in the action entitled Indira Maneiro v. Department of Homeland Security et al., in the United States District Court for the District of Puerto Rico. I have also received a copy of the complaint in the action, two copies of this waiver, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 of. The Federal Rules of Civil Procedure is not served upon you within 60 days after March 15 of 2024, the date on which Plaintiff sent the request for waiver to Patrick Briggs

On behalf of: Patrick Briggs

Signature:

Date:

Name:

Title:

Address:

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.



JOSE A RIVERA CORDERO, Esq.
Rivera Mercado & Rivera Cordero
PO BOX 192376 SAN JUAN
PUERTO RICO 00919-2376

PATRICK EDWARD JUDE BRIGGS
407 E Windsor Ave
Alexandria, VA 22301

# Rivera Mercado & Rivera Cordero
### LAW OFFICES

José A. Rivera Cordero
José A. Rivera Vaquer
José A. Rivera Mercado (1964-1994)

jarivera@rimerico.com
josean@rimerico.com

## NOTICE OF LAWSUIT AND REQUEST FOR

## WAIVER OF SERVICE OF SUMMONS

TO: JOSEPHINE ARCURIO
   Federal Emergency Management, Region 2
   Hazard Mitigation Division Office
   One World Trade Center, Floor 52-53
   285 Fulton St. New York, NY 10007

VIA: First Class Mail, Postage Prepaid

A lawsuit has been commenced against you. A copy of the amended complaint is attached to this notice. It has been filed in the United States District Court for the District of Puerto Rico, and has been assigned docket number 23-cv-01623.

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within thirty (30) days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice was sent.

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of summons, which is set forth at the bottom of the waiver form.

I affirm that this is being sent to you, on behalf of the plaintiff this 15th day of March 2024.

JOSE A. RIVERA CORDERO

## Waiver of Service of Summons

To: Mr. Jose A Rivera-Cordero, Esq.

I acknowledge receipt of your request that I waive service of a summons in the action entitled Indira Maneiro v. Department of Homeland Security et al., in the United States District Court for the District of Puerto Rico. I have also received a copy of the complaint in the action, two copies of this waiver, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 of The Federal Rules of Civil Procedure is not served upon you within 60 days after March 15 of 2024, the date on which Plaintiff sent the request for waiver to Josephine Arcurio.

On behalf of: Josephine Acurio

Signature:

Date:

Name:

Title:

Address:

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.



JOSE A RIVERA CORDERO, Esq.
Rivera Mercado & Rivera Cordero
PO BOX 192376 SAN JUAN
PUERTO RICO 00919-2376

JOSEPHINE ARCURIO
Federal Emergency Management Agency, Region 2
Hazard Mitigation Division Office
One World Trade Center, Floor 52-53
285 Fulton St. New York, NY 10007

# Rivera Mercado & Rivera Cordero

### LAW OFFICES

José A. Rivera Cordero
José A. Rivera Vaquer
José A. Rivera Mercado (1964-1994)

jarivera@rimerico.com
josean@rimerico.com

## NOTICE OF LAWSUIT AND REQUEST FOR

## WAIVER OF SERVICE OF SUMMONS

TO: JOSEPH CHIRICO
    Federal Emergency Management, Region 2
    Hazard Mitigation Division Office
    One World Trade Center, Floor 52-53
    285 Fulton St. New York, NY 10007

VIA: First Class Mail, Postage Prepaid

A lawsuit has been commenced against you. A copy of the amended complaint is attached to this notice. It has been filed in the United States District Court for the District of Puerto Rico, and has been assigned docket number 23-cv-01623.

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within thirty (30) days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice was sent.

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of summons, which is set forth at the bottom of the waiver form.

I affirm that this is being sent to you, on behalf of the plaintiff this 15th day of March 2024.

JOSE A. RIVERA CORDERO

## Waiver of Service of Summons

To: Mr. Jose A Rivera-Cordero, Esq.


I acknowledge receipt of your request that I waive service of a summons in the action entitled Indira Maneiro v. Department of Homeland Security et al., in the United States District Court for the District of Puerto Rico. I have also received a copy of the complaint in the action, two copies of this waiver, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 of. The Federal Rules of Civil Procedure is not served upon you within 60 days after March 15 of 2024, the date on which Plaintiff sent the request for waiver to Joseph Chirico.


On behalf of: Joseph Chirico



Signature:                          Date:


Name:                               Title:


Address:

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.



JOSEPH CHIRICO
Federal Emergency Management Agency, Region 2
Hazard Mitigation Division Office
One World Trade Center, Floor 52-53
285 Fulton St. New York, NY 10007

JOSE A. RIVERA CORDERO, Esq.
Rivera Mercado & Rivera Cordero
PO BOX 192376 SAN JUAN
PUERTO RICO 00919-2376

# Rivera Mercado & Rivera Cordero
## LAW OFFICES

José A. Rivera Cordero
José A. Rivera Vaquer
José A. Rivera Mercado (1964-1994)

jarivera@rimerico.com
josean@rimerico.com

## NOTICE OF LAWSUIT AND REQUEST FOR
## WAIVER OF SERVICE OF SUMMONS

TO: DANNA PLANAS OCASIO
   Department of Homeland Security
   FEMA-4339-DR-PR
   #50 Carr. 165 Suite 3
   Parque Industrial Buchanan
   Guaynabo, PR 00968

VIA: First Class Mail, Postage Prepaid

A lawsuit has been commenced against you. A copy of the amended complaint is attached to this notice. It has been filed in the United States District Court for the District of Puerto Rico, and has been assigned docket number 23-cv-01623.

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within thirty (30) days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice was sent.

PO BOX 192376, SAN JUAN, PR 00919-2376
TEL. 787-759-3634 * CEL. 787-509-2891

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of summons, which is set forth at the bottom of the waiver form.

I affirm that this is being sent to you, on behalf of the plaintiff this 15th day of March 2024.

JOSE A. RIVERA CORDERO

## Waiver of Service of Summons

To: Mr. Jose A Rivera-Cordero, Esq.

I acknowledge receipt of your request that I waive service of a summons in the action entitled Indira Maneiro v. Department of Homeland Security et al., in the United States District Court for the District of Puerto Rico. I have also received a copy of the complaint in the action, two copies of this waiver, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 of. The Federal Rules of Civil Procedure is not served upon you within 60 days after March 15 of 2024, the date on which Plaintiff sent the request for waiver to Danna Planas

On behalf of: Danna Planas

Signature:                          Date:

Name:                               Title:

Address:

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.



JOSE A RIVERA CORDERO, Esq.
Rivera Mercado & Rivera Cordero
PO BOX 192376 SAN JUAN
PUERTO RICO 00919-237

DANNA PLANAS OCASIO
Department of Homeland Security
FEMA-4339-DR-PR
#50 Carr. 165 Suite 3
Parque Industrial Buchanan
Guaynabo, PR 00968

# Rivera Mercado & Rivera Cordero
### LAW OFFICES

José A. Rivera Cordero
José A. Rivera Vaquer
José A. Rivera Mercado (1964-1994)

jarivera@rimerico.com
josean@rimerico.com

## NOTICE OF LAWSUIT AND REQUEST FOR

## WAIVER OF SERVICE OF SUMMONS

TO: JOSE ANTONIO ESPINOSA
3114 Creek Ridge St
Seguin, TX 78155

VIA: First Class Mail, Postage Prepaid

A lawsuit has been commenced against you. A copy of the amended complaint is attached to this notice. It has been filed in the United States District Court for the District of Puerto Rico, and has been assigned docket number 23-cv-01623.

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within thirty (30) days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice was sent.

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the

Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of summons, which is set forth at the bottom of the waiver form.

I affirm that this is being sent to you, on behalf of the plaintiff this 15th day of March 2024.

JOSE A. RIVERA CORDERO

## Waiver of Service of Summons

To: Mr. Jose A Rivera-Cordero, Esq.

I acknowledge receipt of your request that I waive service of a summons in the action entitled Indira Maneiro v. Department of Homeland Security et al., in the United States District Court for the District of Puerto Rico. I have also received a copy of the complaint in the action, two copies of this waiver, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 of. The Federal Rules of Civil Procedure is not served upon you within 60 days after March 15 of 2024, the date on which Plaintiff sent the request for waiver to Jose Antonio Espinosa

On behalf of: Jose Antonio Espinosa

Signature:                              Date:

Name:                                  Title:

Address:

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.



JOSE A RIVERA CORDERO, Esq.
Rivera Mercado & Rivera Cordero
PO BOX 192376 SAN JUAN
PUERTO RICO 00919-2376

JOSE ANTONIO ESPINOSA
3114 Creek Ridge St
Seguin, TX 78155

# Rivera Mercado & Rivera Cordero
## LAW OFFICES

José A. Rivera Cordero
José A. Rivera Vaquer
José A. Rivera Mercado (1964-1994)

jarivera@rimerico.com
josean@rimerico.com

## NOTICE OF LAWSUIT AND REQUEST FOR

## WAIVER OF SERVICE OF SUMMONS

TO: DANIEL PICCALUGA
FEMA OFFICE
500 C St. SW
Washington, DC 20472

VIA: First Class Mail, Postage Prepaid

A lawsuit has been commenced against you. A copy of the amended complaint is attached to this notice. It has been filed in the United States District Court for the District of Puerto Rico, and has been assigned docket number 23-cv-01623.

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within thirty (30) days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice was sent.

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the

PO BOX 192376, SAN JUAN, PR 00919-2376
TEL. 787-759-3634 * CEL. 787-509-2891

Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of summons, which is set forth at the bottom of the waiver form.

I affirm that this is being sent to you, on behalf of the plaintiff this 15th day of March 2024.

JOSE A. RIVERA CORDERO

## Waiver of Service of Summons

To: Mr. Jose A Rivera-Cordero, Esq.

I acknowledge receipt of your request that I waive service of a summons in the action entitled Indira Maneiro v. Department of Homeland Security et al., in the United States District Court for the District of Puerto Rico. I have also received a copy of the complaint in the action, two copies of this waiver, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 of. The Federal Rules of Civil Procedure is not served upon you within 60 days after March 15 of 2024, the date on which Plaintiff sent the request for waiver to Daniel Piccaluga

On behalf of: Daniel Piccaluga

Signature:                          Date:

Name:                               Title:

Address:

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

DANIEL PICCALUGA
FEMA OFFICE
500 C St. SW
Washington, DC 20472

Jose A. Rivera Cordero, Esq.
Rivera Mercado & Rivera Cordero
PO BOX 192376 SAN JUAN
PUERTO RICO 00919-2376

