# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**INDIRA MANEIRO,**
    **Plaintiff,**

    **v.**                                        **Civ. No. 23-1623 (ADC)**

**MAYORKAS et al,**
    **Defendants.**

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, U.S. District Judge, issued its Order on May 15, 2025, at Docket No. 13.

Pursuant to the Court's Order, Judgment is hereby entered accordingly.

The case is hereby **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 22nd day of May 2025.

                                                  ADA I. GARCIA-RIVERA, CPA, ESQ.
                                                  Clerk of the Court

                                                  By: *S/Verónica S. Otero-Rivera*
                                                        Verónica S. Otero-Rivera
                                                        Courtroom Deputy Clerk